# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

In Re: Grossman v. Brien                                      Case Number:   04-04347 ( JBR )

Chapter:

MOVANT/APPLICANT/PARTIES

In re AMERICAN SUNROOM CO., INC., 04-41586
#6 Agreement for Judgment Filed by Plaintiff Stewart F. Grossman
and Defendant James Brien and #20 Limited Opposition of C-Thru
Industries, Inc.
Pamela A. Harbeson for Plaintiff
James Brien, Pro Se
Clive D. Martin for C-Thru Industries, Inc.

## COURT ACTION:

| Show Cause Order | _____ Released | _____ Enforced |
| _____ Granted | _____ Approved | _____ Moot |
| _____ Denied | _____ Denied without Prejudice | |

_____ Withdrawn in Open Court
_____ Sustained          _____ Overruled
_____ Continued to: _____
_____ Proposed Order to be Submitted by:_____
_____ Stipulation to be Submitted by:_____
_____ Taken Under Advisement

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon docketing of the Judgment entered this date, this A.P. may be closed.

SO ORDERED:

_____/s/ Joel B. Rosenthal_____   Dated: 6/9/04
Joel B. Rosenthal